McLean v Shanghai City Corp. (2026 NY Slip Op 00057)

McLean v Shanghai City Corp.

2026 NY Slip Op 00057

Decided on January 08, 2026

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: January 08, 2026

Before: Moulton, J.P., Scarpulla, Rosado, O'Neill Levy, Chan, JJ. 

Index No. 155962/21|Appeal No. 5476|Case No. 2025-02502|

[*1]Erin Hanlon McLean, Plaintiff-Respondent,
vShanghai City Corp. Doing Business as Joe's Shanghai, Defendant-Appellant.

Pillinger Miller Tarallo, LLP, Elmsford (Lauren R. Turkel of counsel), for appellant.
Mejias, Milgrim, Alvarado & Lindo, P.C., Glen Cove (Miguel A. Alvarado of counsel), for respondent.

Order, Supreme Court, New York County (Judy H. Kim, J.), entered March 21, 2025, which denied defendant's motion for summary judgment dismissing the complaint, unanimously affirmed, without costs.
Plaintiff testified that she slipped and fell while walking down a staircase at defendant's restaurant. Defendant failed to establish prima facie entitlement to summary judgment, as it did not establish as a matter of law that plaintiff could only speculate about the cause of the accident. (see Taveras v 1149 Webster Realty Corp., 134 AD3d 495, 496-497 [1st Dept 2015], affd 28 NY3d 958 [2016]; cf. Ellis v City of New York, 188 AD3d 594, 594-595 [1st Dept 2020]). Further, plaintiff's statements in her affirmation in opposition to the motion that she slipped on a "slippery substance" did not contradict her deposition testimony, in which she testified that "something slippery" caused her to fall (see Bosshart v Pryce, 276 AD2d 314, 315 [1st Dept 2000]).
We have considered defendant's remaining contentions and find them unavailing.THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: January 8, 2026